**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA )
)
v. )
) **CASE NO: 1:13-CR-00376 LJO/SKO**
)
**REBEKAH ROOT** )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (**X**) Ad Prosequendum        ( ) Ad Testificandum.

Name of Detainee:     **Fresno County Jail**
Detained at (custodian):     **Rebekah Joy Root**

Detainee is:   a.)   (**X**) charged in this district by:
        (**X**) Indictment     ( ) Information     ( ) Complaint
        Charging Detainee With: **18 U.S.C. § 1343- Wire Fraud, 18 U.S.C § 287 – Making False Claim for Tax Refund, 18 U.S.C. § 1028A – Aggravated Identity Theft**

  or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   (**X**) return to the custody of detaining facility upon termination of proceedings
  or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:     /s/ Patrick R. Delahunty
Printed Name & Phone No:   Patrick R. Delahunty (559) 497-4047
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
        (**X**) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date   October 31, 2013         /s/ Gary S. Austin
                United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | Female | |
| Booking or CDC #: | **1342245** | DOB: | **8/16/1980** |
| | **Release Date: March 25, 2014** | Race: | **White** |
| | | FBI #: | **226456LB3** |
| Facility Phone: | **(888) 373-7011** | | |
| Currently Incarcerated For: | **PC530** | | |

**RETURN OF SERVICE**

Executed on         by

                                (Signature)