1  BENJAMIN B. WAGNER
   United States Attorney
2  PATRICK R. DELAHUNTY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America



FILED

JAN 3 0 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10  UNITED STATES OF AMERICA,                Case No. 1:13-CR-00376 LJO

11                       Plaintiff,          **STIPULATION AND ORDER REGARDING
                                             RESTITUTION**
12            v.

13  REBEKAH ROOT,

14                       Defendant.

15

16                                   **I.**

17                          **INTRODUCTION**

18        On January 20, 2015, the defendant was sentenced to a total term of 45 months.  See ECF Nos.

19  35 and 36.  The amount of restitution, if any, was not determined at the sentencing hearing, at the

20  request of the parties.   Further to that request, the Court extended its jurisdiction over the action for 30

21  days, agreeing to review any proposed stipulation regarding restitution.  The parties to this action, by

22  and through their attorneys of record, submit the following stipulation and proposed order.

23                                   **II.**

24                          **STIPULATION**

25        **Whereas**, the parties agree and stipulate that the restitution amounts, victim identification, and

26  addresses that are identified in the Probation Office's Attachment A to the Presentence Report (ECF No.

27  32) (hereinafter, "PSR Attachment A") are accurate with regard to three of the four victims identified

28  therein: Bank of America, Wells Fargo Bank, and Robert Quintana.  The parties further agree and

STIPULATION AND PROPOSED ORDER RE          1
RESTITUTION

stipulate that PSR Attachment A, and supporting documentation therewith, establishes by a preponderance of the evidence that these three victims are due restitution in the amount specified.

**Whereas**, the parties agree and stipulate that Union Bank is a <u>not</u> victim to whom restitution in the amount of $7,053.63 should be directed in this matter, as specified in PSR Attachment A.

**Whereas**, the parties agree and stipulate that Mary Jarvis, residing at 121 E. Main St., Suite 203, Visalia, California 93291 was a victim of the defendant's conduct to which she was sentenced in this action and to whom a restitution payment of $7,053.63 should be directed, and that it was not Union Bank that lost this amount of money. This is established by a preponderance of the evidence, as exhibited in the attached Claim for Restitution by Ms. Jarvis. See Exhibit 1.

**Whereas**, the parties do not anticipate any challenge to this stipulation by the Probation Office, but nonetheless acknowledge that the Probation Office should be allowed to submit a brief or notice of support or opposition to this stipulation. The parties further agree and stipulate that they will provide a copy of this stipulation to the Probation Officer assigned to this action.

**Whereas**, the parties request that the Court, upon receiving a brief or notice of support or opposition to this motion from the Probation Office, enter the accompanying proposed order regarding restitution amounts and recipients.


Dated:  January 30, 2015                           BENJAMIN B. WAGNER
                                                   United States Attorney


                                           By:  /s/ Patrick R. Delahunty
                                                PATRICK R. DELAHUNTY
                                                Assistant U.S. Attorney
                                                Attorney for the United States


                                                /s/  Peter Jones
                                                PETER JONES
                                                Attorney for Defendant
                                                REBEKAH ROOT


//

**STIPULATION AND PROPOSED ORDER RE**                    2
**RESTITUTION**

1  ORDER:

2      Based upon the stipulation of the parties, the pleadings filed by the Probation Office in this

3  action, and a preponderance of the evidence, it is hereby ORDERED that restitution be paid by the

4  defendant, Rebekah Root, to the victims identified below and in the amounts identified below:

| Victim | Address | Victim Loss Amount |
|---|---|---|
| Mary Jarvis | 121 E. Main St. Suite 203 Visalia, CA 93291 | $7,053.63 |
| Bank of America | Attn. Security Recovery Support 800 Market ST. St. Louis, MO 63101 | $4,659.74 |
| Wells Fargo Bank | 420 Montgomery St. San Francisco, CA 94104 | $287.27 |
| Robert Quintana | 532 Bates Avenue Dinuba, CA 93618 | $80.00 |

19  DATED: Jan 30, 2015

HON. LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

**STIPULATION AND PROPOSED ORDER RE
RESTITUTION**                              1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**STIPULATION AND PROPOSED ORDER RE RESTITUTION**

1

U.S. Department of Justice
*United States Attorney*
*Eastern District of California (Fresno Division)*

## CLAIM FOR RESTITUTION

| | |
|---|---|
| NAME OF VICTIM:<br>Maria C. Jarvis - AttorneyatLaw<br>Address: 121 E. Main St.<br>Suite 203<br>City/State/Zip Visalia CA 93291 | CASE: U.S. v **REBEKAH ROOT**<br>CASE NO: **CRF 13-376 LJO**<br>DEFENDANT: **REBEKAH ROOT**<br>CHARGE: Identity Theft/Wire Fraud<br>CURRENT CASE EVENT: Guilty Plea<br>NEXT SCHEDULED EVENT: Sentencing<br>**JANUARY 20, 2015 at 8:30 a.m.** |
| DAYTIME PHONE NUMBER:<br>(559) 799-7781 | **RESPOND BY:** *ASAP*<br>*AMOUNT OF RESTITUTION CLAIMED:*<br>$ 7000.⁰⁰ plus interest / penalties<br>charged, if any, by the IRS |

If you have suffered a financial loss (money taken by defendant and medical, counseling expenses, lost wages, business losses) because of this crime and wish to seek restitution, please complete this form (**please attach receipts/documentation**). If you were reimbursed for any part of the loss, please include the amount and how you were reimbursed including the name and address of the company or agency involved. If you have questions, please contact NANCY LEENDERTSEN, Victim Witness Specialist at (559) 497-4055. YOU ARE RESPONSIBLE FOR NOTIFYING THIS OFFICE OF ANY CHANGE OF ADDRESS OR TELEPHONE NUMBER. YOUR COOPERATION WILL ENABLE US TO PROMPTLY FORWARD ANY MONIES THAT MAY BE COLLECTED REGARDING THIS CASE.

I paid $7000.00 via cashiers check to the US Treasury (IRS) at the Visalia office approximately 2 years ago. Those monies were stolen from the US Treasury on the date paid along with other individual's payments. I provided a copy of the cashiers check to Special Agent Denise Tuttle. I never received reimbursement for the amount stolen.

### CERTIFICATION

I declare under penalty of perjury that I have suffered the above-stated financial loss.

Signature of Victim/Witness: _____     Date: 1-28-15

**IF MORE SPACE IS NEEDED, CONTINUE ON REVERSE SIDE OF THIS FORM OR ADDITIONAL PAPER**

Return form to by date above: UNITED STATES PROBATION, c/o U.S. ATTORNEY'S OFFICE, VICTIM WITNESS PROGRAM, 2500 TULARE STREET, SUITE 4401, FRESNO, CA 93721

# VICTIM IMPACT STATEMENT

Victim: Mary Jarvis Attorney at Law
USAO Number: 2011R00739
Court Docket Number: 13-CR-00376

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

In addition to the $7,000. I'am uncertain if I have been charged penalties or interest for the period of time that the $7000 payment remained outstanding. If so, I would request that those amounts be waived in light of the fact that the payment was not received by them due to no fault of my own.